**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
lawschmidt@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/19
```

Sam A. Schmidt, Esq.

December 19, 2019

Honorable Richard M. Berman
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: *United States v. Terrance Morgan*
19 Cr. 209 *(RMB)*

Dear Judge Berman:

I am the attorney for Mr. Terrance Morgan. The United States Department of Probation have received records from Knox County, Tn. Circuit Court relating to a prior arrest of Mr. Morgan. It is Probation's policy not to provide these documents to counsel without a court order even though such documents are part of the public record. With a court order, they have no objections. I have successfully made requests for a court order many times.

The government informed me that it has no position on this request.

Therefore, I respectfully request that your Honor order the United States Department of Probation to provide a copy of these records to me.

Should your Honor have any questions, please feel free to contact our office.

Sincerely,
/s/

Sam A. Schmidt

cc: AUSA Dina McLeod
    AUSA Robert Sobelman

SO ORDERED

*[signature: RMB]*

Honorable Richard M. Berman
United States District Court Judge
12/20/19