**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

January 25, 2020

Hon. Richard M. Berman
United States District Court      MEMO ENDORSED
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2020
```

Re: *United States v. Terrance Morgan*
19 Cr. 209 (RMB)

Dear Hon. Judge Berman:

The sentencing hearing is presently scheduled for February 25, 2020. I am requesting that sentencing be adjourned until the week of March 23, 2020.

At the last appearance, I informed your Honor that I was scheduled to start a three week RICO trial on February 3, 2020 and may not be able to submit my sentencing letter and documents in a timely fashion. Because of certain issues, including Mr. Morgan's background and immigration status, and the difficulty we have had in obtaining his records, I will not be able to complete my sentencing submission in a timely manner.

With no opposition by the government, I respectfully request that your Honor adjourn the sentence to the week of March 23, 2020.

Sentence is adjourned to 4/6/2020 at 9:30 am. Defense submission is due 3/16/2020. Government submission is due 3/23/2020.

Sincerely,
/s/
Sam A. Schmidt

SO ORDERED:
Date: 1/28/2020   Richard M. Berman
Richard M. Berman, U.S.D.J.