# LAW OFFICE OF SAM A. SCHMIDT
### 115 BROADWAY SUITE 1704
### NEW YORK, N.Y. 10006
### (212) 346-4666
### FACSIMILE (212) 346-4668
### e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

February 25, 2020

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/25/2020

Re: *United States v. Terrance Morgan*
    19 Cr. 209 (RMB)

Dear Hon. Judge Berman:

Mr. Morgan has a pending state matter in Georgia. Georgia pretrial services have requested proof that Mr. Morgan has been in custody in the MDC since April 2019. At page 2 of the presentence, this information is provided. Because I am not permitted to forward any part of the presentence report to anyone other than those involved in the case, I required the Court's permission to forward the first two pages of the PSR to the pretrial authorities in Georgia.

Therefore, I respectfully request that I be permitted to forward the first two pages of the PSR to the pretrial authorities in Georgia.

*Application granted.*

Respectfully,
/s/
Sam A. Schmidt

SO ORDERED:
Date: 2/25/2020   *Richard M. Berman*
Richard M. Berman, U.S.D.J.