**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

March 26, 2020

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *United States v. Terrance Morgan*
>      19 Cr. 209 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **3/26/2020**

Dear Hon. Judge Berman:

The Department f Probation has a document from I.C.E. referenced in the presentence report. I believe that it contains information necessary for me to complete my submission. I have ordered Mr. Morgan's entire file from I.C.E but have not received it nor do I expect to receive it soon. PO Hay is willing to send me the document but the Department of Probation's policy requires an order of the court to do so.

Therefore, I respectfully request that your Honor So Order the Department of Probation to provide the document to me. Thank your for your consideration.

Respectfully,
/s/
Sam A. Schmidt

SO ORDERED

_Richard M. Berman_
Honorable Richard M. Berman, USDJ
**3/26/2020**