

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Terrance Morgan*, 19 Cr. 209 (RMB)

Dear Judge Berman:

    Defendant Terrance Morgan presently is scheduled to be sentenced on April 20, 2020, at 10:00 a.m. The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the defendant be permitted to appear at the sentencing proceeding by videoconference from the Brooklyn MDC and that counsel for both parties be permitted to appear telephonically.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: *Robert B. Sobelman*
    Dina Y. McLeod
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1040/2616

cc: Sam A. Schmidt, Esq. (by ECF)