UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                    19 CR. 209 (RMB)

   -against-

                                    **ORDER**

TERRANCE MORGAN,
              Defendant.
------------------------------------------------------------X

      The CourtCall video sentencing previously scheduled for Monday, April 20, 2020 at 10:00 a.m. is hereby rescheduled to Thursday, April 23, 2020 at noon.

      Members of the public and the press can use the following dial-in information:

      Dial-In Number: 855-268-7844
      Access Code: 67812309#
      PIN: 9921299#

Dated: April 22, 2020
       New York, NY

                                                          RICHARD M. BERMAN
                                                          U.S.D.J.