**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                   Government,

                                                                      19 CR. 209 (RMB)
  -against-

                                                                       **ORDER**

TERRANCE MORGAN,
                   Defendant.
-------------------------------------------------------------X

      The CourtCall video sentencing previously scheduled for Thursday, April 23, 2020 at noon is hereby rescheduled to Tuesday, May 5, 2020 at noon.

      Members of the public and the press can use the following dial-in information:

      Dial-In Number: 855-268-7844
      Access Code: 32091812#
      PIN: 9921299#

Dated: May 4, 2020
       New York, NY

                                                                 _____
                                                                   RICHARD M. BERMAN
                                                                          U.S.D.J.