**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

May 5, 2020

Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Terrance Morgan*
              19 Cr. 209 (RMB)

Dear Judge Berman:

     I have attached the Facility Evaluation: Metropolitan Detention Center COVID-19 Response. I just became of this report. The executive summary is contained in pages 1-3. It is almost certain that if Mr. Morgan receives a sentence that requires additional incarceration, he will remain in the MDC for the near future.

     I apologize for the last minute filing but new information arise almost daily in our ever changing world,

     Thank you for your Honor's consideration of this matter.

                                  Very truly yours,

                                  /s/
                              Sam A. Schmidt