**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY SUITE 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 566-1068
e-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

July 20, 2020

Honorable Richard M. Berman, USDJ
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
**BY ECF**

Re: United States v. Terrance Morgan
19 Cr. 209 (RMB)

Dear Judge Berman:

    I write to request a modification of Mr. Morgan's supervised release. When Mr. Morgan was sentenced to time served on May 5, 2020, we did not know whether Mr. Morgan would be released immediately or held as a result of an immigration hold. Your Honor's sentence included the requirement that should Mr. Morgan be released, he would spend the first three (3) months of supervised release in home confinement.

    As it turned out, because he was brought to this district from a Georgia State facility, he was held in MDC awaiting transfer back to Georgia.  And he waited. After contacting numerous individuals at the United States Marshall Service, the Bureau of Prisons and the Civil Division of the United States Attorney's Office for this district, on June 15, 2020, Mr. Morgan began his journey through the Bureau of Prisons facilities to Georgia.  On July 15, 2020, Mr. Morgan was released from the Georgia State authorities and I.C.E. decided not to keep him custody. Thus, he began living with his sister on July 15, 2020. He will be reporting to the office of the United States Department of Probation, tomorrow, July 21, 2020.

    As a result of his additional two months and ten days in jail, Mr. Morgan respectfully requests that your Honor modify his conditions of supervised release to eliminate the need for him to remain in home confinement.  I have

1

communicated with the government attorneys and they have indicated that they take no position on this request.

If your Honor has any questions, please do not hesitate to contact me. The best telephone number to reach me at this time is 917 687-8620.

Thank you for your Honor's consideration of this matter.

Sincerely yours,
/s/
Sam A. Schmidt

Application respectfully denied. See Judgment dated May 5, 2020.

SO ORDERED:
Date: 7/29/2020   Richard A. Berman
Richard M. Berman, U.S.D.J.

2